UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| CRAIG CLARK GREEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:19-CV-00311-JRG-DCP |
| MARY WEST, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant's motion to dismiss [Doc. 15] is **GRANTED**, and this action is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in its accompanying memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk